<pre>
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WISCONSIN
</pre>

**DARNISHA GARBADE**,

                Plaintiff,

                                                    Case No. **21-CV-1283**

v.

**TAYLOR M WISHAU**,

                Defendant.

## SCHEDULING ORDER

On February 11, 2022 the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff were Attorneys Kimberly Sweatt and Paul Kinne; on behalf of the defendant was Attorney Danielle Baudhuin Tierney.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties shall make their initial disclosures pursuant to Fed. R. Civ. P. on or before **March 7, 2022**.

2. The parties may amend pleadings on or before **April 7, 2022**.

3. The parties are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26. Plaintiff shall disclose expert witnesses on or before **July 1, 2022**. Defendants shall disclose expert witnesses on or before **October 3, 2022**.

4. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **January 13, 2023**.

5. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **February 13, 2023**. Such motions shall not be filed prior to the date of completion of discovery.

<pre>
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WISCONSIN
</pre>

**DARNISHA GARBADE**,

                Plaintiff,

                                        Case No. **21-CV-1283**

v.

**TAYLOR M WISHAU**,

                Defendant.

## SCHEDULING ORDER

On February 11, 2022 the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff were Attorneys Kimberly Sweatt and Paul Kinne; on behalf of the defendant was Attorney Danielle Baudhuin Tierney.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties shall make their initial disclosures pursuant to Fed. R. Civ. P. on or before **March 7, 2022**.

2. The parties may amend pleadings on or before **April 7, 2022**.

3. The parties are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26. Plaintiff shall disclose expert witnesses on or before **July 1, 2022**. Defendants shall disclose expert witnesses on or before **October 3, 2022**.

4. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **January 13, 2023**.

5. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **February 13, 2023**. Such motions shall not be filed prior to the date of completion of discovery.

6. If no dispositive motions are filed, the court will schedule a telephonic scheduling conference soon after the dispositive motion deadline to discuss further scheduling of the case. If dispositive motions are filed, the court will schedule a telephonic scheduling conference after resolving such motions to discuss further scheduling if resolution of the motions does not dispose of the case in its entirety.

7. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Courtroom Deputy Amanda Chasteen is responsible for all matters in which the case number ends in an odd number and can be reached at 414-297-1831; Amanda_Chasteen@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin this 11th day of February, 2022.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge