**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

DARNISHA GARBADE,

      Plaintiff,

v.                                  Case No.: 21-cv-01283

TAYLOR M. WISHAU
(in his individual capacity),

      Defendant.

---

## STIPULATION TO AMEND SCHEDULING ORDER

---

NOW COMES THE PLAINTIFF, Darnisha Garbade, by her attorneys Gingras, Thomsen & Wachs, LLP by Mark L. Thomsen, Paul A. Kinne, and Kimberly D. Sweatt and the Defendant Taylor M. Wishau by his attorneys Axley Brynelson LLP by Lori M. Lubinsky and Danielle Baudhuin Tierney.

WHEREAS the parties have agreed to an early (pre-discovery) mediation in this case with former Magistrate Judge David Jones on June 13, 2022 and in Garbade et al. v. Burlington Area School District et al., Eastern District of Wisconsin Case No. 21-cv-01284. The parties hereby stipulate to the following modifications to the scheduling order dated February 11, 2022 [Dkt. 20].

- Plaintiff's disclosure of experts shall be September 20, 2022.

- Defendant's disclosure of experts shall be November 21, 2022.

All other dates stated in the Scheduling Order dated February 11, 2022 shall remain the same.

1

Dated this 24th day of May, 2022.

**GINGRAS THOMSEN & WACHS LLP**
Attorneys for Plaintiff

*s/ Mark L. Thomsen*
Mark L. Thomsen
State Bar Number: 1018839
Paul A. Kinne
State Bar Number: 1021493
Kimberly D. Sweatt
State Bar Number: 1113323

8150 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874
Email: mthomsen@gtwlayers.com
pkinne@gtwlawyers.com
ksweatt@gtwlawyers.com

**AXLEY BRYNELSON LLP**
Attorneys for Defendant

*s/ Danielle B. Tierney*
Lori M. Lubinsky
State Bar Number: 1027575
Danielle B. Tierney
State Bar Number: 1096371

2 E. Mifflin Street, Suite 200
Madison, WI 53703
Phone: (608) 257-5661
Fax: (608) 257-5444
Email: llubinsky@axley.com
dtierney@axley.com