
June 29, 2022

VIA ECF FILING

The Honorable Nancy Joseph
Magistrate Judge, United States District Court
United States Courthouse, Room 249
517 East Wisconsin Avenue
Milwaukee WI 53202

RE: Garbade v. Wishau
USDC EDWI Case No.: 21-CV-1283-NJ
Our File No.: 20995

Dear Judge Joseph:

In anticipation of the status conference regarding discovery set for July 7, 2022 at 11:00a.m., I am attaching the email strings between opposing counsel and I which explains the nature of the discovery dispute. As you can see, opposing counsel suggested that she depose our client, and we offered to make her available for a deposition.

I look forward to discussing this with you more on July 7th.

Thank you for your assistance with this matter.

Very truly yours,

GINGRAS, THOMSEN & WACHS LLP

*s/ Kimberly D. Sweatt*

Mark L. Thomsen
Paul A. Kinne
Kimberly D. Sweatt

cc: Attorney Danielle Tierney

Eau Claire
101 Putnam Street, P.O. Box 390
Eau Claire, WI 54703
Phone: (715) 839-9500
Fax: (715) 839-9501

Madison
8150 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874

Milwaukee
219 North Milwaukee Street
Milwaukee, WI 53202
Phone: (414) 837-4167
Fax: (414) 763-6413

Waukesha
3228 Turnberry Oak Drive, Suite 210
Waukesha, WI 53188
Phone: (414) 778-0700
Fax: (414) 778-1700