


*More Power. More Fight. The Most Heart.*

July 5, 2022

VIA ECF FILING

The Honorable Nancy Joseph
Magistrate Judge, United States District Court
United States Courthouse, Room 249
517 East Wisconsin Avenue
Milwaukee WI  53202

RE:     Garbade v. Wishau
        USDC EDWI Case No.: 21-CV-1283-NJ
        Our File No.: 20995

Dear Judge Joseph:

As you know, this matter has been set for a status conference regarding discovery on July 7, 2022 at 11:00a.m. After this matter was scheduled, we received discovery responses from opposing counsel. Their Responses included objections to our contention interrogatories, similar to the objections we made in our Responses. To illustrate, I am attaching their discovery responses, my correspondence to opposing counsel, and the email string between opposing counsel and I following my correspondence.

I look forward to discussing this with you more on July 7th.

Thank you for your assistance with this matter.

Very truly yours,

GINGRAS, THOMSEN & WACHS LLP

*s/ Kimberly D. Sweatt*

Mark L. Thomsen
Paul A. Kinne
Kimberly D. Sweatt

Enclosures
cc:     Attorney Danielle Tierney

Eau Claire
101 Putnam Street, P.O. Box 390
Eau Claire, WI 54703
Phone: (715) 839-9500
Fax: (715) 839-9514

Madison
8150 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874

Milwaukee
219 North Milwaukee Street
Milwaukee, WI  53202
Phone:  (414) 837-4167
Fax:  (414) 763-6413

Waukesha
3228 Turnberry Oak Drive, Suite 210
Waukesha, WI  53188
Phone:  (414) 778-0700
Fax  (414) 778-1700