| | |
|---|---|
| **From:** | Danielle B. Tierney |
| **To:** | Kim Sweatt |
| **Cc:** | Mark Thomsen; Paul Kinne; Leah Wagner; Lori M. Lubinsky; Sally M. Kramer; Rita R. Heyerholm |
| **Subject:** | RE: Garbade v Wishau: meet and confer |
| **Date:** | Friday, July 1, 2022 2:10:22 PM |

Kim,

I'd also point out that, without knowing what speech or alleged acts of retaliation your client is complaining of, it's impossible for my client to articulate facts related to support his legal arguments, as requested.

Additionally, your requests are not seeking factual information – they are seeking an aggregation of the facts of the case, which implies seeking legal theories. You have the same factual information that we have.

Danielle


**Danielle Tierney**

**AXLEY ATTORNEYS**
Partner | 608.283.6712

---

**From:** Kim Sweatt <ksweatt@gtwlawyers.com>
**Sent:** Friday, July 1, 2022 1:41 PM
**To:** Danielle B. Tierney <DTierney@axley.com>
**Cc:** Mark Thomsen <mthomsen@gtwlawyers.com>; Paul Kinne <kinne@gtwlawyers.com>; Leah Wagner <lwagner@gtwlawyers.com>; Lori M. Lubinsky <LLubinsky@axley.com>; Sally M. Kramer <SKramer@axley.com>; Rita R. Heyerholm <rheyerholm@axley.com>
**Subject:** RE: Garbade v Wishau: meet and confer

> External Email

Danielle,

I disagree. Our interrogatories specifically asked for the underlying facts. Work product privilege protects mental impressions, conclusions, opinions, or legal theories. FRCP 26(b)(3). As with attorney-client privilege, work product privilege does not protect against underlying facts. *Hickman v. Taylor*, 329 U.S. 495 (1947).


**Kimberly Sweatt**
Gingras, Thomsen & Wachs, LLP
**P: 608.833.2632 ext 1006** | **gtwlawyers.com**

---

**From:** Danielle B. Tierney <DTierney@axley.com>
**Sent:** Friday, July 1, 2022 12:22 PM
**To:** Kim Sweatt <ksweatt@gtwlawyers.com>

**Cc:** Mark Thomsen <mthomsen@gtwlawyers.com>; Paul Kinne <kinne@gtwlawyers.com>; Leah Wagner <lwagner@gtwlawyers.com>; Lori M. Lubinsky <LLubinsky@axley.com>; Sally M. Kramer <SKramer@axley.com>; Rita R. Heyerholm <rheyerholm@axley.com>
**Subject:** RE: Garbade v Wishau: meet and confer

Kim,
Contrary to our requests, which sought for your client to identify speech she claimed was protected and acts she claimed were retaliatory, your interrogatories have asked the Defendant to outline his entire legal argument, hence why it was objected to on work product and as asking for a legal conclusion.


**Danielle Tierney**

Partner

**AXLEY ATTORNEYS**
2 E. Mifflin St. Ste 200 | Madison, WI 53703
P.O. Box 1767 | Madison, WI 53701-1767
Phone: 608.283.6712 | Fax: 608.257.5444
Email: DTierney@axley.com | bio | axley.com

**Legal Assistant**: Sally Kramer
Phone: 608.283.6775 | Email: skramer@axley.com

Unless otherwise indicated or obvious from the nature of this transmittal, the information in this transmission is confidential and protected from disclosure by the attorney-client privilege, attorney work-product doctrine, privacy laws, or by its proprietary nature. This transmission is intended for the exclusive use of the named recipient. If you are not the named recipient or responsible to deliver it to the named recipient, you are notified that any use, copying, disclosure, dissemination, or other distribution of the information is strictly prohibited and you may be subject to legal restrictions or sanctions. If you have received this communication in error or are not sure whether it is confidential, please immediately notify us by return email or telephone at (608) 257-5661 and destroy all copies. To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Kim Sweatt <ksweatt@gtwlawyers.com>
**Sent:** Friday, July 1, 2022 12:18 PM
**To:** Danielle B. Tierney <DTierney@axley.com>
**Cc:** Mark Thomsen <mthomsen@gtwlawyers.com>; Paul Kinne <kinne@gtwlawyers.com>; Leah Wagner <lwagner@gtwlawyers.com>
**Subject:** Garbade v Wishau: meet and confer

External Email

Danielle,

I'm attaching correspondence regarding Defendant's Responses to Plaintiff's first set of discovery in 21-CV-1283.

We look forward to hearing from you soon.

Sincerely,

Kim Sweatt

**Kimberly Sweatt**
Attorney

### Gingras, Thomsen & Wachs, LLP

8150 Excelsior Drive | Madison, WI 53717
P: 608.833.2632  ext 1006 | F: 608.833.2874
ksweatt@gtwlawyers.com | gtwlawyers.com

*More Power. More Fight. The Most Heart.*