UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DARNISHA GARBADE,

    Plaintiff,

v.                                                          Case No.: 21-cv-01283

TAYLOR M. WISHAU
(in his individual capacity),

    Defendant.

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF THE DEFENDANT'S RULE 68 OFFER OF JUDGMENT

PLEASE TAKE NOTICE THAT pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff, Darnisha Garbade, by her attorneys, Gingras, Thomsen & Wachs, LLP, hereby accepts Defendant's, Taylor M. Wishau's, Offer of Judgment (attached hereto) in the amount of Ten Thousand Dollars ($10,000.00), plus reasonable attorney's fees and costs accrued to date in an amount to be determined by the Court.

Dated this 8th day of July, 2022.

                                                **GINGRAS, THOMSEN & WACHS, LLP**
                                                Attorneys for Plaintiff

                                                *s/ Mark L. Thomsen*
                                                Mark L. Thomsen
                                                State Bar Number: 1018839
                                                Paul A. Kinne
                                                State Bar Number:  1021493
                                                Kimberly D. Sweatt
                                                State Bar Number:  1113323

8150 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874
Email: mthomsen@gtwlayers.com
      pkinne@gtwlawyers.com
      ksweatt@gtwlawyers.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DARNISHA GARBADE,<br><br>      Plaintiff,<br><br>  v.<br><br>TAYLOR M. WISHAU<br>(in his individual capacity),<br><br>      Defendant. | Case No. 21-cv-1283 |

### DEFENDANT'S RULE 68 OFFER OF JUDGMENT

PLEASE TAKE NOTICE THAT pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Taylor M. Wishau, by his attorneys, Axley Brynelson, LLP, hereby offers to allow judgment to be taken against him by Plaintiff Darnisha Garbade in the total amount of Ten Thousand Dollars ($10,000.00), plus reasonable attorney's fees and costs accrued to date in an amount to be determined by the Court.

Dated this 1st day of July, 2022.

                              AXLEY BRYNELSON, LLP

                              *s/ Danielle Baudhuin Tierney*
                              Lori M. Lubinsky, SBN 1027575
                              Danielle Baudhuin Tierney, SBN 1096371
                              Attorneys for Defendant
                              P.O. Box 1767
                              Madison, WI  53701-1767
                              Telephone:  608.257.5661
                              Email: llubinsky@axley.com
                                           dtierney@axley.com,

1

Case 2:21-cv-01283-NJ   Filed 09/02/22   Page 3 of 3   Document 28