UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARNISHA GARBADE,

      Plaintiff,

  v.

TAYLOR M. WISHAU
(in his individual capacity),

      Defendant.

Case No. 21-cv-1283

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT

PLEASE TAKE NOTICE THAT pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Taylor M. Wishau, by his attorneys, Axley Brynelson, LLP, hereby offers to allow judgment to be taken against him by Plaintiff Darnisha Garbade in the total amount of Ten Thousand Dollars ($10,000.00), plus reasonable attorney's fees and costs accrued to date in an amount to be determined by the Court.

Dated this 1st day of July, 2022.

                AXLEY BRYNELSON, LLP

                *s/ Danielle Baudhuin Tierney*
                Lori M. Lubinsky, SBN 1027575
                Danielle Baudhuin Tierney, SBN 1096371
                Attorneys for Defendant
                P.O. Box 1767
                Madison, WI  53701-1767
                Telephone:  608.257.5661
                Email: llubinsky@axley.com
                       dtierney@axley.com,