# Leah Wagner

| | |
|---|---|
| **From:** | Vanessa Markfort |
| **Sent:** | Friday, July 8, 2022 4:02 PM |
| **To:** | '16082575444@efaxsend.com' |
| **Subject:** | Re: Darnisha Garbade v. Taylor M. Wishau |
| **Attachments:** | Lt to Lubinsky and Tierney with Pl's Notice of Accentpance.pdf; Pl's Notice of Acceptance of Def's Rule 68 Offer of Judgment.pdf |

ATTN: Ms. Lori M. Lubinsky and Danielle Baudhuin Tierney

Attached please find a letter along with Plaintiff's Notice of Acceptance of the Defendant's Rule 68 Offer of Judgment.

Thank you.

Roxanne

**Roxanne E.Sears Kunda**
Paralegal

## Gingras, Thomsen & Wachs, LLP

219 North Milwaukee Street | Milwaukee, WI 53202
P: 414.837.4167 ext 1307 | D: 414.935.5484 | F: 414.763.6413
rkunda@gtwlawyers.com | gtwlawyers.com

*More Power. More Fight. The Most Heart.*



July 8, 2022

**VIA EMAIL & FACSIMILE**
Lori M. Lubinsky, SBN 1027575
Danielle Baudhuin Tierney, SBN 1096371
Attorneys for Defendant
P.O. Box 1767
Madison, WI 53701-1767

      RE:    Darnisha Garbade v. Taylor M. Wishau
                USDC EDWI Case No.: 21-CV-01283

Dear Counsel:

Attached please find Plaintiff's Notice of Acceptance of the Defendant's Rule 68 Offer of Judgment in the above matter. We will submit our attorney fees and costs next week for your review.

Thank you.

Very truly yours,

**GINGRAS, THOMSEN & WACHS, LLP**

Mark L. Thomsen
Direct Dial: (414) 935-5482
Direct Fax: (414) 763-6413
Email: mthomsen@gtwlawyers.com

MLT:rek
Enclosure

| Eau Claire | Madison | Milwaukee | Waukesha |
|---|---|---|---|
| 101 Putnam Street, P.O. Box 390 | 8150 Excelsior Drive | 219 North Milwaukee Street | 741 N. Grand Avenue Unit 209 |
| Eau Claire, WI 54703 | Madison, WI 53717 | Milwaukee, WI 53202 | Waukesha, WI 53186 |
| Phone: (715) 839-9500 | Phone: (608) 833-2632 | Phone: (414) 837-4167 | Phone: (888) 357-7661 |
| Fax: (715) 839-9505 | Fax: (608) 833-2874 | Fax: (414) 763-6413 | Fax: (414) 763-6413 |

Case 2:21-cv-01283-NJ   Filed 09/02/22   Page 2 of 4   Document 28-2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DARNISHA GARBADE,

    Plaintiff,

v.                                                Case No.: 21-cv-01283

TAYLOR M. WISHAU
(in his individual capacity),

    Defendant.

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF THE DEFENDANT'S RULE 68 OFFER OF JUDGMENT

PLEASE TAKE NOTICE THAT pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff, Darnisha Garbade, by her attorneys, Gingras, Thomsen & Wachs, LLP, hereby accepts Defendant's, Taylor M. Wishau's, Offer of Judgment (attached hereto) in the amount of Ten Thousand Dollars ($10,000.00), plus reasonable attorney's fees and costs accrued to date in an amount to be determined by the Court.

Dated this 8th day of July, 2022.

                                        **GINGRAS, THOMSEN & WACHS, LLP**
                                        Attorneys for Plaintiff

                                        *s/ Mark L. Thomsen*
                                        Mark L. Thomsen
                                        State Bar Number: 1018839
                                        Paul A. Kinne
                                        State Bar Number: 1021493
                                        Kimberly D. Sweatt
                                        State Bar Number: 1113323

8150 Excelsior Drive
Madison, WI 53717
Phone: (608) 833-2632
Fax: (608) 833-2874
Email: mthomsen@gtwlayers.com
　　　　pkinne@gtwlawyers.com
　　　　ksweatt@gtwlawyers.com