UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

DARNISHA GARBADE,

    Plaintiff,

v.

TAYLOR M. WISHAU
(in his individual capacity),

    Defendant.

**JUDGMENT ON THE MERITS**

Case No.: 21-cv-01283

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, judgment on the merits is hereby entered against Taylor M. Wishau, in the amount of Ten Thousand Dollars ($10,000.00) (taxable or otherwise), plus reasonable attorney's fees and costs in the amount of Twenty-Four Thousand Five Hundred Dollars ($24,500.00).

    So ordered.

BY THE COURT:

_____

GINA M. COLLETTI
Clerk of Court

Date: _____     _____
                                                        By: