UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARNISHA GARBADE,

        Plaintiff,

v.

TAYLOR M. WISHAU
(in his individual capacity),

        Defendant.

Case No. 21-cv-1283

## SATISFACTION OF JUDGMENT

Judgment in the amount of $10,000.00 plus attorney's fees and costs in the amount of $24,500.00 was entered in favor of Plaintiff against Defendant in the above-entitled action, by this Court, on the **9TH** day of ~~August~~ **September**, 2022. Plaintiff, as owner of said judgment, hereby acknowledges satisfaction in full of said judgment, and releases and discharges said judgment in full.

*Darnisha Garbade*
Darnisha Garbade

Subscribed and sworn to before me
this **7th** day of **September**, 2022.

_____
Notary Public, State of Wisconsin
My Commission expires:

[Notary Seal:
ANDRES LOPEZ
Notary ID #132303764
My Commission Expires
January 7, 2024
STATE OF TEXAS]

*Kim Sweatt*
By: __Kimberly Sweatt__, SBN 1113323
Counsel for Plaintiff